461 A.2d 885

Commonwealth v. Katzin, Appellant.
Petition for Allowance of Appeal Denied Sept. 26, 1983.

Submitted April 27, 1983.   Andrew G. Gay, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, WIEAND and POPOVICH, JJ.
Order affirmed.